IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGENETTE BELL,

    Plaintiff,

vs.                                    CASE NO.:

CIRCLE K STORES INC.,

    Defendant.
_____/

## NOTICE OF REMOVAL OF ACTION

Defendant, CIRCLE K STORES INC., by and through its undersigned counsel, and pursuant to 28 U.S.C. §1446 and Local Rule 4.02, hereby serves its Notice of Removal of Action from the Circuit Court of the Tenth Judicial Circuit of the State of Florida, in and for Polk County, State Court Case No. 2018-CA-001040, and in support thereof states as follows:

1. Defendant gives notice of the exercise of its rights under the provisions of 28 U.S.C. §1441(b) to remove this action from the Circuit Court of the Tenth Judicial Circuit of the State of Florida, in and for Polk County, Florida.

2. Defendant is not in default and this Notice of Removal has been filed within thirty (30) days of receipt of corroboration that a figure in excess of $75,000.00 is in controversy in this case.

3. The claims asserted by Plaintiff in the Complaint are ones over which this Court has original jurisdiction under 28 U.S.C. §1332(a) and are ones that may be removed to this Court by Defendant.

4. The claims are causes of action against Defendant which would be removable under the terms of 28 U.S.C. §1441(b) and this Court would have original jurisdiction of such claims or causes of action under 28 U.S.C. §1332(a).

5. Defendant asserts that the amounts in controversy exceed $75,000, exclusive of interest and costs. A copy of Defendant's Request for Admissions to Plaintiff is attached and incorporated herein as Exhibit A. A copy of Plaintiff's Responses to Defendant's Request for Admissions to Plaintiff is attached and incorporated herein as Exhibit B.

6. Defendant asserts that there is complete diversity. In this regard, Plaintiff is a citizen of the state of Florida. See Exhibits A and B.

7. Defendant is a Texas corporation with its principal place of business in Arizona. The Affidavit of Albert Smith of Circle K Stores, Inc. is attached and incorporated herein as Exhibit C.

8. Copies of all process, pleadings and Orders served upon Defendant have been filed herewith.

9. Copies of all materials on file from the State Court have been filed herein.

WHEREFORE, Defendant, CIRCLE K STORES INC., prays that this action be removed.

*(Certificate of Service on following page)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic mail to the following known counsel of record: tsouder@schwedlawfirm.com ; Tavis Souder, Esquire; Schwed, Adams & McGinley, P.A.; 711 Fairway Dr., Palm Beach Garden , FL 33418 on this 24 day of May 2018.

/s/ Robert M. Stoler
Robert M. Stoler, Esquire
Florida Bar No.: 816256
Catherine M. Verona, Esquire
Florida Bar No.: 0506559
**STOLER RUSSELL KEENER VERONA**
201 N. Franklin Street, Suite 3050
Tampa, Florida 33601
TEL: (813) 609-3200
Attorney for Defendant
stolerservice@stolerrussell.com