IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

ANGENETTE BELL,

    Plaintiff,

vs.                                CASE NO.: 2018-CA-001040

CIRCLE K STORES INC.,

    Defendant.
_____/

## DEFENDANT'S REQUEST FOR ADMISSIONS TO PLAINTIFF

Defendant, CIRCLE K STORES INC., by and through its undersigned counsel, and pursuant to Fla. R. Civ. P. 1.370, hereby requests Plaintiff to admit to the truth of the following matters:

1. Please admit that damages sought in this case exceed $75,000.00.

2. Please admit that Plaintiff is a resident of the state of Florida.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic mail to the following known counsel of record: tsouder@schwedlawfirm.com ; Tavis Souder, Esquire; Schwed, Adams & McGinley, P.A.; 711 Fairway Dr., Palm Beach Garden , FL 33418 on this 27 day of April 2018.

_____
Catherine M. Verona, Esquire
Florida Bar No.: 0506559
Robert M. Stoler, Esquire
Florida Bar No.: 816256
**STOLER RUSSELL KEENER VERONA**
201 N. Franklin Street, Suite 3050
Tampa, Florida 33601
TEL: (813) 609-3200
Attorney for Defendant
stolerservice@stolerrussell.com



EXHIBIT A