IN THE CIRCUIT COURT OF THE
10TH JUDICIAL CIRCUIT IN AND FOR
POLK COUNTY, FLORIDA

ANGENETTE BELL,

        Plaintiff,

vs.

CIRCLE K STORES INC., a foreign
profit corporation,

        Case No: 2018CA-001040-0000-00

        Defendant.

_____/

## PLAINTIFF'S RESPONSE TO REQUEST FOR ADMISSIONS

COMES NOW the Plaintiff, ANGENETTE BELL, by and through the undersigned counsel, and hereby files this Response to Defendant, **CIRCLE K STORES INC., A FOREIGN PROFIT CORPORATION**'S Request for Admissions, dated April 27th, 2018, and states:

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been sent by electronic eservice this 14th day of May, 2018, to: Catherine M. Verona, Esquire, Stoler Russell Keener Verona, 201 N. Franklin Street, Suite 3050, Tampa, FL 33601, stolerservice@stolerrussell.com.

By: _____s/ Tavis Souder_____
**TAVIS SOUDER**
Attorney Email: tsouder@schwedlawfirm.com
**Eservice Email:** eservice@schwedlawfirm.com
Bar Number: 37859
Attorneys for Plaintiff, ANGENETTE BELL
Schwed, Adams & McGinley, P.A.
7111 Fairway Drive, Suite 105
Palm Beach Gardens, Florida 33418
Telephone: (561) 694-6079
Facsimile: (561) 694-6089

**EXHIBIT B**

ANGENETTE BELL v. CIRCLE K STORES INC., a foreign profit corporation
Case No.: 2018CA-001040-0000-00
Plaintiff's Response to Defendant's Request for Admissions
Page 2 of 2

1. Objection, relevance, privilege, predicate and beyond the scope of relevant issues at contemplated by the Florida Rules of Civil Procedure; without waiving objections and for the purposes of jurisdiction only, the Plaintiff admits the amount in controversy could exceed $75,000.00.

2. Admit