Filing # 69927344 E-Filed 03/28/2018 01:42:17 PM

IN THE CIRCUIT COURT OF THE
10TH JUDICIAL CIRCUIT IN AND FOR
POLK COUNTY, FLORIDA

ANGENETTE BELL,

     Plaintiff,

vs.

                                  Case No:

CIRCLE K STORES INC., a foreign
profit corporation,

     Defendant.

_____/

## SUMMONS

THE STATE OF FLORIDA:

To All and Singular the Sheriffs of the State:

     **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint, Request to Produce and Interrogatories in the above-styled cause upon the Defendant:

               **CIRCLE K STORES INC., a foreign profit corporation**

               By and through its registered agent:

               **CORPORATION SERVICE COMPANY**
               **1201 HAYS STREET**
               **TALLAHASSEE, FL 32301**

     The Defendant is hereby required to serve written defenses to said Complaint on Plaintiff's attorney, to wit:

               **Tavis Souder**

Whose Address is:

               **Schwed, Adams & McGinley, P.A.**
               **7111 Fairway Drive, Suite 105**
               **Palm Beach Gardens, Florida  33418**
               **Telephone:  (561) 694-6079**

           **Primary Email address for the service of Pleadings ONLY:**
               eService@schwedlawfirm.com

## IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court.  A phone call will not protect you.  Your written response, including the case

2018CA-001040-0000-00          **Received in Polk 03/28/2018 01:43 PM**

number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).  If you choose to file a written response yourself, at the same time you file your written response to the "Plaintiff/Plaintiff's Attorney" named above.

WITNESS my hand and seal of said Court on _____ March, 2018.

Stacy M. Butterfield
As Clerk of said Court

BY: _____

As Deputy Clerk
(COURT SEAL)

## IMPORTANTE
Usted ha sido demandado legalmente.  Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera.  Si usted dedea que el tribunal considere su defense, debe presenter su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado immediatamente.  Si no conoce a un abogado, puede llamar a una ade las officinas de assistencia legal que aparecen en la guia telefonica.  Si desea responder a la demanda por su cuenta, al mismo tiemp en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT
Des poursuites judiciaries ont ete enterprises contre vous.  Vous avez 20 jours consecutifs a partir de la l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe auprese de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger.  Vous etes obliges de deposer votre response ecrite, aven mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre response ecrite dans le relai requis, vous risquéz de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocate.  Si vous ne connaissez pas d'avocat, vous pourriez telephone a un service de reference d'avocates ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).  Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocet) nomme cidessous.

2018CA-001040-0000-00      Received in Polk 03/28/2018 01:43 PM

Filing # 69927344 E-Filed 03/28/2018 01:42:17 PM

IN THE CIRCUIT COURT OF THE
10TH JUDICIAL CIRCUIT IN AND FOR
POLK COUNTY, FLORIDA

ANGENETTE BELL,

      Plaintiff,

vs.                            Case No:

CIRCLE K STORES INC., a foreign profit
corporation,

      Defendant.

_____/

## NOTICE OF PROPOUNDING SLIP AND FALL INTERROGATORIESTO DEFENDANT, CIRCLE K STORES INC.

      COMES NOW the Plaintiff, ANGENETTE BELL, by and through the undersigned counsel, and propounds an original and one true copy of the following Interrogatories, numbered **1** through **19**, to the Defendant, **CIRCLE K STORES INC.,** to be answered in writing and under oath within forty-five (45) days after service hereof as provided by Florida Rule of Civil Procedure 1.340.

      **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served with the Complaint.

By:    /s/ Tavis Souder
               **TAVIS SOUDER**
               Attorney Email:  tsouder@schwedlawfirm.com
               **Eservice Email:** eservice@schwedlawfirm.com
               Bar Number:  37859
               Attorneys for Plaintiff, ANGENETTE BELL
               Schwed, Adams & McGinley, P.A.
               7111 Fairway Drive, Suite 105
               Palm Beach Gardens, Florida  33418
               Telephone:  (561) 694-6079
               Facsimile:  (561) 694-6089

Filing # 69927344 E-Filed 03/28/2018 01:42:17 PM

IN THE CIRCUIT COURT OF THE
10TH JUDICIAL CIRCUIT IN AND FOR
POLK COUNTY, FLORIDA

ANGENETTE BELL,

     Plaintiff,

vs.                                 Case No:

CIRCLE K STORES INC., a foreign profit
corporation,

     Defendant.

_____/

## PLAINTIFF'S REQUEST FOR PRODUCTION
## TO DEFENDANT, CIRCLE K STORES INC.

COMES NOW, the Plaintiff, ANGENETTE BELL, by and through the undersigned counsel and hereby requests, pursuant to Rule 1.350, Florida Rules of Civil Procedure, that the Defendant, **CIRCLE K STORES INC.,** produce and permit said Plaintiff to inspect and to copy each of the following documents:

1.    Any and all **color** copies of photographs taken of the scene of the incident. **Please indicate in your response if color photographs do not exist. If color photographs do exist, black and white photographs will not be sufficient in responding to this request.**

2.    Any and all **color** copies of photographs of the Plaintiff. **Please indicate in your response if color photographs do not exist. If color photographs do exist, black and white photographs will not be sufficient in responding to this request.**

3.    Any and all writings documenting the incident including any reports, notes, diaries, or other written documents.

4.    A copy of the Defendant's policy of insurance.

5.    Any and all surveillance of Plaintiff.

6.    Any and all documents reflecting Defendant's procedures designed to prevent incidents such as the one described in the complaint.

7.    Any and all documents reflecting floor cleaning, maintenance, inspections, or warnings on the date of the incident.

2018CA-001040-0000-00       **Received in Polk 03/28/2018 01:43 PM**

ANGENETTE BELL v. CIRCLE K STORES INC., a foreign profit corporation
Plaintiff's Request to Produce to Defendant, Circle K Stores Inc.
Page 2 of 2

8.    Any and all medical records of the Plaintiff.

9.    Any and all documents identifying any employees of the Defendant who were present at the time of the incident.

10.   Any and all statements of Plaintiff whether written or recorded including any notes purporting to document statements by Plaintiff.

11.   Any and all statements of any witnesses whether written or recorded including any notes purporting to document statements by any witnesses.

12.   Any and all video recordings of:

a.    The Plaintiff anywhere on the premises (inside or outside) on the day of the incident. **Target v. Vogel**, 41 So.3d 962 (4th DCA 2010).

b.    The scene of the incident for one (1) hour before the incident to one (1) hour after the incident. **Target v. Vogel**, 41 So.3d 962 (4th DCA 2010).

13.   All medical records, reports, or bills concerning the Plaintiff whether for this incident or for any other incident or reason.

14.   All records and/or items regarding any other claims including claims for tangible or intangible damages made by the plaintiff(s).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served with the Complaint.

By:____/s/ Tavis Souder_____
**TAVIS SOUDER**
Attorney Email:  tsouder@schwedlawfirm.com
**Eservice Email:** eservice@schwedlawfirm.com
Bar Number:  37859
Attorneys for Plaintiff, ANGENETTE BELL
Schwed, Adams & McGinley, P.A.
7111 Fairway Drive, Suite 105
Palm Beach Gardens, Florida 33418
Telephone:  (561) 694-6079
Facsimile:  (561) 694-6089

Filing # 69927344 E-Filed 03/28/2018 01:42:17 PM

IN THE CIRCUIT COURT OF THE
10TH JUDICIAL CIRCUIT IN AND FOR
POLK COUNTY, FLORIDA

ANGENETTE BELL,

     Plaintiff,

vs.

                           Case No:

CIRCLE K STORES INC., a foreign
profit corporation,

     Defendant.

_____/

## SUMMONS

THE STATE OF FLORIDA:

To All and Singular the Sheriffs of the State:

     **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint, Request to Produce and Interrogatories in the above-styled cause upon the Defendant:

     **CIRCLE K STORES INC., a foreign profit corporation**

               By and through its registered agent:

**CORPORATION SERVICE COMPANY**
**1201 HAYS STREET**
**TALLAHASSEE, FL 32301**

     The Defendant is hereby required to serve written defenses to said Complaint on Plaintiff's attorney, to wit:

**Tavis Souder**

Whose Address is:

**Schwed, Adams & McGinley, P.A.**
**7111 Fairway Drive, Suite 105**
**Palm Beach Gardens, Florida 33418**
**Telephone: (561) 694-6079**

**Primary Email address for the service of Pleadings ONLY:**
eService@schwedlawfirm.com

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case

**2018CA-001040-0000-00**     **Received in Polk 03/28/2018 01:43 PM**

number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court.  There are other legal requirements. You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).  If you choose to file a written response yourself, at the same time you file your written response to the "Plaintiff/Plaintiff's Attorney" named above.

WITNESS my hand and seal of said Court on ___29___ March, 2018.

Stacy M. Butterfield
As Clerk of said Court

BY: _____
As Deputy Clerk
(COURT SEAL)

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera.  Si usted dedea que el tribunal considere su defense, debe presenter su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado immediatamente.  Si no conoce a un abogado, puede llamar a una ade las officinas de assistencia legal que aparecen en la guia telefonica.  Si desea responder a la demanda por su cuenta, al mismo tiemp en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciaries ont ete enterprises contre vous.  Vous avez 20 jours consecutifs a partir de la l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe auprese de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger.  Vous etes obliges de deposer votre response ecrite, aven mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre response ecrite dans le relai requis, vous risquéz de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocate.  Si vous ne connaissez pas d'avocat, vous pourriez telephone a un service de reference d'avocates ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).  Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expediter une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocet) nomme cidessous.

**2018CA-001040-0000-00**       **Received in Polk 03/28/2018 01:43 PM**

Filing # 71359732 E-Filed 04/27/2018 03:03:20 PM

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

ANGENETTE BELL,

     Plaintiff,

vs.                                                        CASE NO.: 2018-CA-001040

CIRCLE K STORES INC.,

     Defendant.

_____/

## DEFENDANT'S NOTICE OF SERVING INTERROGATORIES TO PLAINTIFF

    The Defendant, CIRCLE K STORES INC., by and through its undersigned counsel and pursuant to Fla. R. Civ. P. 1.340, hereby propounds to the Plaintiff, ANGENETTE BELL the attached Interrogatories, answers to which will be due within thirty (30) days from the date of service.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic mail to the following known counsel of record: tsouder@schwedlawfirm.com ; Tavis Souder, Esquire; Schwed, Adams & McGinley, P.A.; 711 Fairway Dr., Palm Beach Garden , FL 33418 on this 21 day of April 2018.

Catherine M. Verona, Esquire
Florida Bar No.: 0506559
Robert M. Stoler, Esquire
Florida Bar No.: 816256
**STOLER RUSSELL KEENER VERONA**
201 N. Franklin Street, Suite 3050
Tampa, Florida 33601
TEL: (813) 609-3200
Attorney for Defendant
stolerservice@stolerrussell.com

Filing # 71359732 E-Filed 04/27/2018 03:03:20 PM

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

ANGENETTE BELL,

       Plaintiff,

vs.                           CASE NO.: 2018-CA-001040

CIRCLE K STORES INC.,

       Defendant.

_____/

## DEFENDANT'S REQUEST FOR PRODUCTION TO PLAINTIFF

    Defendant, CIRCLE K STORES INC., by and through the undersigned counsel and pursuant to Fla. R. Civ. P. 1.350, hereby requests the Plaintiff to produce for inspection and/or copying by counsel for the Defendant the following documents, said documents to be produced at the offices of Defendant's attorney located on the 30th floor of Tampa City Center, 201 North Franklin Street, Tampa, Florida 33602, and said documents to be produced within thirty (30) days from the date of service. SEE ATTACHED LIST.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic mail to the following known counsel of record: tsouder@schwedlawfirm.com ; Tavis Souder, Esquire; Schwed, Adams & McGinley, P.A.; 711 Fairway Dr., Palm Beach Garden , FL 33418 on this 27 day of April 2018.

                                                      _____
                                                      Catherine M. Verona, Esquire
                                                      Florida Bar No.: 0506559
                                                      Robert M. Stoler, Esquire
                                                      Florida Bar No.: 816256
                                                      **STOLER RUSSELL KEENER VERONA**
                                                      201 N. Franklin Street, Suite 3050
                                                      Tampa, Florida 33601
                                                      TEL: (813) 609-3200
                                                      Attorney for Defendant
                                                      stolerservice@stolerrussell.com

1.    Federal Income Tax Returns and W-2 Forms of Plaintiff for the past five years.

2.    Itemized medical bills incurred by Plaintiff as a result of the subject incident.

3.    All statements made by any witnesses to the subject incident.

4.    All statements made by the parties involved in the subject incident.

5.    All medical reports rendered by Plaintiff's treating and examining physicians.

6.    All statements concerning this action previously made by any of Defendant's representatives or employees.

7.    All photographs and video taken at the scene of the incident which might reveal marks, damage or conditions which no longer exist at said scene.

8.    Any property in the possession of Plaintiff on the date of incident which contains marks or damage as a result of the incident, or if such property no longer contains marks or damage in same condition as it did on date of incident described in the Complaint subsequent to said incident, then produce for examination copies of any and all photographs and video showing marks or damage.

9.    Plaintiff is requested to produce photographs and video showing any marks or damage and depicting Plaintiff's injuries and present condition.

10.   Any and all documentation supporting the damages in excess of $15,000 which you allege in your Complaint.

11.   Any and all documentation relating to other claims, either prior to the incident at issue or currently pending.

12.   Any and all journals, diaries or calendars maintained by Plaintiff.

13.   Any and all expert reports, draft reports, supporting evidence and/or files.

Filing # 71359732 E-Filed 04/27/2018 03:03:20 PM

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

ANGENETTE BELL,

     Plaintiff,

vs.                       CASE NO.: 2018-CA-001040

CIRCLE K STORES INC.,

     Defendant.

_____/

## DEFENDANT'S NOTICE OF EMAIL DESIGNATION

Defendant, CIRCLE K STORES INC., by and through the undersigned counsel and pursuant to Fla. R. Jud. Admin. 2.516, hereby designates the following electronic address for service of all pleadings in this action:

     Primary:  stolerservice@stolerrussell.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic mail to the following known counsel of record: tsouder@schwedlawfirm.com ; Tavis Souder, Esquire; Schwed, Adams & McGinley, P.A.; 711 Fairway Dr., Palm Beach Garden , FL 33418 on this 27 day of April 2018.

Catherine M. Verona, Esquire
Florida Bar No.:  0506559
Robert M. Stoler, Esquire
Florida Bar No.:  816256
**STOLER RUSSELL KEENER VERONA**
201 N. Franklin Street, Suite 3050
Tampa, Florida 33601
TEL: (813) 609-3200
Attorney for Defendant
stolerservice@stolerrussell.com

Filing # 71387696 E-Filed 04/30/2018 08:52:13 AM

<u>RETURN OF SERVICE</u>

| | | |
|---|---|---|
| State of Florida | County of Polk | Circuit Court |

Case Number: 2018CA-001040-0000-00

Plaintiff:
ANGENETTE BELL,

vs.

Defendant:
CIRCLE K STORES INC., a foreign profit corporation,

For:
Tavia Souder, Esq.
SCHWED, ADAMS, SOBEL & MCGINLEY, P.A.
7111 Fairway Drive
Suite 105
Palm Beach Gardens, FL 33418

Received by Legal Advocate Services, Inc. on the 9th day of April, 2018 at 4:39 pm to be served on CIRCLE K STORES, INC., A FOREIGN PROFIT CORPORATION, BY AND THROUGH ITS REGISTERED AGENT: CORPORATION SERVICE COMPANY, 1201 Hays Street, Tallahassee, FL 32301.

I, LB Schoenfeld (Certified Process Server No. 126), do hereby affirm that on the 10th day of April, 2018 at 1:25 pm, I:

served the REGISTERED AGENT by delivering a true copy of the SUMMONS, COMPLAINT, PLAINTIFF'S REQUEST FOR PRODUCTION TO DEFENDANT and NOTICE OF PROPOUNDING SLIP AND FALL INTERROGATORIES TO DEFENDANT with the date and hour of service endorsed thereon by me, to: Kara Stover, an employee and authorized person to accept service for CORPORATION SERVICE COMPANY, on behalf of CIRCLE K STORES, INC., A FOREIGN PROFIT CORPORATION, BY AND THROUGH ITS REGISTERED AGENT: CORPORATION SERVICE COMPANY at the address of: 1201 Hays Street, Tallahassee, Florida 32301, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and correct.

Notary not required pursuant to FS 92.525.

_LB Schoenfeld_

LB Schoenfeld (Certified Process Server No. 126)
Process Server

Legal Advocate Services, Inc.
2465 Mercer Avenue
Suite 305
West Palm Beach, FL 33401
(561) 686-8738

Our Job Serial Number: LAS-2018005756
Ref: 05756

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0t

Filing # 69927344 E-Filed 03/28/2018 01:42:17 PM

IN THE CIRCUIT COURT OF THE
10TH JUDICIAL CIRCUIT IN AND FOR
POLK COUNTY, FLORIDA

ANGENETTE BELL,

     Plaintiff,

vs.

                                 Case No:

CIRCLE K STORES INC., a foreign
profit corporation,

     Defendant.

_____/

## SUMMONS

THE STATE OF FLORIDA:

To All and Singular the Sheriffs of the State:

     **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint, Request to Produce and Interrogatories in the above-styled cause upon the Defendant:

**CIRCLE K STORES INC., a foreign profit corporation**

By and through its registered agent:

**CORPORATION SERVICE COMPANY**
**1201 HAYS STREET**
**TALLAHASSEE, FL 32301**

     The Defendant is hereby required to serve written defenses to said Complaint on Plaintiff's attorney, to wit:

**Tavis Souder**

Whose Address is:

**Schwed, Adams & McGinley, P.A.**
**7111 Fairway Drive, Suite 105**
**Palm Beach Gardens, Florida 33418**
**Telephone: (561) 694-6079**

**Primary Email address for the service of Pleadings ONLY:**
eService@schwedlawfirm.com

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case

**2018CA-001040-0000-00**     **Received in Polk 03/28/2018 01:43 PM**

**2018CA-001040-0000-00**     **Received in Polk 04/30/2018 08:53 AM**

number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the "Plaintiff/Plaintiff's Attorney" named above.

WITNESS my hand and seal of said Court on _29_ March, 2018.

Stacy M. Butterfield
As Clerk of said Court

BY: _Savannah H._____
As Deputy Clerk
(COURT SEAL)

## IMPORTANTE
Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted dedea que el tribunal considere su defense, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una ade las officinas de assistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiemp en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT
Des poursuites judiciaries ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir de la l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe auprese de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, aven mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre response ecrite dans le relai requis, vous risquéz de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocate. Si vous ne connaissez pas d'avocat, vous pourriez telephone a un service de reference d'avocates ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones). Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expediter une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocet) nomme cidessous.

**2018CA-001040-0000-00**      Received in Polk 03/28/2018 01:43 PM

**2018CA-001040-0000-00**      Received in Polk 04/30/2018 08:53 AM

Filing # 72011548 E-Filed 05/11/2018 11:13:00 AM

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

ANGENETTE BELL,

      Plaintiff,

vs.                                                    CASE NO.: 2018-CA-001040

CIRCLE K STORES INC.,

      Defendant.

_____/

## NOTICE OF PRODUCTION FROM NON-PARTIES

      YOU ARE HEREBY NOTIFIED that after ten (10) days from date of service of this notice, if service is by delivery or after fifteen (15) days from the date of service, if service is by mail, and if no objection is received from any party, the undersigned will issue the attached subpoenas directed to the following non-parties:

1. Anesthesia Professional Services, Inc.
2. Capital Medical Corporation
3. Community Health Center
4. CVS Pharmacy
5. Florida Emergency Physicians Kang & Associates
6. Florida Hospital, medical records
7. Florida Hospital, patient accounts
8. Florida Hospital, radiology
9. Florida MRI Center, patient accounts
10. Florida MRI Center
11. Orange County Fire Rescue
12. Park Place Surgery Center
13. Park Place Surgery Center, patient accounts
14. Publix Pharmacy
15. Radiology Associates of Florida, patient accounts
16. Radiology Specialists of Florida
17. Sterling Medical Group
18. UrgentMed Care
19. VinCon Diagnostic Center
20. Walgreens Pharmacy
21. Wal-Mart Stores, Inc.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic mail to the following known counsel of record: tsouder@schwedlawfirm.com ; Tavis Souder, Esquire; Schwed, Adams & McGinley, P.A.; 711 Fairway Dr., Palm Beach Garden , FL 33418 on this \_\_ day of May 2018.

Catherine M. Verona, Esquire
Florida Bar No.: 0506559
Robert M. Stoler, Esquire
Florida Bar No.: 816256
**STOLER RUSSELL KEENER VERONA**
201 N. Franklin Street, Suite 3050
Tampa, Florida 33601
TEL: (813) 609-3200
Attorney for Defendant
stolerservice@stolerrussell.com