IN THE CIRCUIT COURT OF THE
10TH JUDICIAL CIRCUIT IN AND FOR
POLK COUNTY, FLORIDA

ANGENETTE BELL,

    Plaintiff,
vs.

    Case No:

CIRCLE K STORES INC., a foreign
profit corporation,

    Defendant.
_____/

## COMPLAINT

Plaintiff, ANGENETTE BELL, sues Defendant, CIRCLE K STORES INC., a foreign profit corporation (hereinafter "CIRCLE K"), and states the following:

1. This is a cause of action for damages in excess of $15,000.00.

2. All conditions precedent to filing this action have been complied with, expired, and/or waived.

3. The incident described herein occurred in Polk County, Florida.

4. On or about December 21, 2016, Defendant, CIRCLE K, was the owner and in possession of the premises at 205 Commonwealth Avenue in Polk City, Polk County, Florida.

5. At that time and place, Plaintiff, ANGENETTE BELL, was lawfully on the premises described above.

6. Defendant, CIRCLE K, had a duty to maintain the premises in a reasonably safe condition, correct any dangerous condition of which it either knew or should have known by the use of reasonable care, and to warn of any dangerous

conditions concerning which it had, or should have had, knowledge greater than that of its invitees. Defendant breached all of these duties.

7. Defendant, CIRCLE K, negligently maintained the premises by allowing liquid to accumulate and remain on the store's floor for an unreasonable length of time, so that Plaintiff stepped on liquid, slipped, and fell on the premises.

8. Specifically, Defendant, CIRCLE K, negligently:

    a) Failed to exercise due care to maintain the premises in a safe condition;

    b) Failed to adequately inspect the premises;

    c) Allowed an unsafe condition to exist on the premises;

    d) Failed to make the premises safe for invitees; and

    e) Failed to warn the Plaintiff and similarly situated individuals of the dangerous condition.

9. Defendant, CIRCLE K, knew or, in the exercise of ordinary care, should have known the premises were not in a reasonably safe condition.

10. Defendant, CIRCLE K, had actual or constructive notice of the dangerous condition.

11. As the direct and proximate result of the negligence of Defendant, CIRCLE K, Plaintiff, ANGENETTE BELL, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, ANGENETTE BELL, demands judgment for damages against Defendant, CIRCLE K.

Plaintiff demands trial by jury on all issues so triable.

Respectfully, submitted this 28th day of March, 2018.

By: s/ Tavis Souder
**TAVIS SOUDER**
Attorney Email: tsouder@schwedlawfirm.com
**Eservice Email: eservice@schwedlawfirm.com**
Bar Number: 37859
Attorneys for Plaintiff
Schwed, Adams & McGinley, P.A.
7111 Fairway Drive, Suite 105
Palm Beach Gardens, Florida  33418
Telephone:  (561) 694-6079
Facsimile:   (561) 694-6089

2018CA-001040-0000-00        Received in Polk 03/28/2018 01:43 PM